In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-285 CR


NO. 09-03-286 CR


____________________



RICHARD ANDREW RICHARD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 82908 and 82909






MEMORANDUM OPINION (1)


 Richard Andrew Richard was convicted and sentenced on two indictments for
burglary of a building and was sentenced in each case to 2 years of confinement in the
Texas Department of Criminal Justice, State Jail Division. Richard filed notices of appeal
on June 6, 2003. In each case, the trial court entered a certification of the defendant's
right to appeal in which the court certified that this is a plea-bargain case, and the
defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's
certifications have been provided to the Court of Appeals by the district clerk.

 On June 25, 2003, we notified the parties that the appeals would be dismissed unless 
amended certifications were filed within thirty days of the date of the notices and made 
part of the appellate records by July 25, 2003. See Tex. R. App. P. 37.1. The records
have not been supplemented with amended certifications. Because a certification that
shows the defendant has the right of appeal has not been made part of the record, the
appeals must be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered August 7, 2003

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.